Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | |
| *Grant Kiser v. Pfizer Inc, et al.* (06-6118 CRB) | **MDL NO. 1699** <br> District Judge: Charles R. Breyer |
| *Connie Friedman-May, et al. v. Pfizer Inc, et al.* (06-6119 CRB) | |
| *Noralynn Roman, et al. v. Pfizer Inc, et al.* (06-6120 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* (06-6121 CRB) | |
| *Robert McCarrell v. Pfizer Inc, et al.* (06-6124 CRB) | |
| *Doris Hocker v. Pfizer Inc, et al.* (06-6129 CRB) | |
| *Patricia Rogers v. Pfizer Inc, et al.* (06-6130 CRB) | |
| *Robert Bates, et al. v. Pfizer Inc, et al.* (06-6131 CRB) | |
| *Patrick Lynch v. Pfizer Inc, et al.* (06-6132 CRB) | |
| *Christine Sullivan, et al. v. Pfizer Inc, et al.* (06-6157 CRB) | |

-1-

1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* )
    (06-6158 CRB) )
2 | )
    *Donald Davidson, et al. v. Pfizer Inc, et al.* )
3 | (06-6161 CRB) )
    )
4 | *Delores Poyner v. Pfizer Inc, et al.* )
    (06-6165 CRB) )
5 | )
    *James Chapman, et al. v. Pfizer Inc, et al.* )
6 | (06-6166 CRB) )
    )
7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* )
    (06-6168 CRB) )
8 | )
    *Marie Shepard, et al. v. Pfizer Inc, et al.* )
9 | (06-6169 CRB) )
    )
10 | *James I. Jones, et al. v. Pfizer Inc, et al.* )
     (06-6171 CRB) )
11 | )
     *Thomas Kamin, et al. v. Pfizer Inc, et al.* )
12 | (06-6173 CRB) )
     )
13 | *Ruben Dominguez v. Pfizer Inc, et al.* )
     (06-6180 CRB) )
14 | )
     *Jennie Graziano v. Pfizer Inc, et al.* )
15 | (06-6186 CRB) )
     )
16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* )
     (06-6190 CRB) )
17 | )
     *Jerry Henry, et al. v. Pfizer Inc, et al.* )
18 | (06-6091 CRB) )
     )
19 | *Lyle Johnson v. Pfizer Inc, et al.* )
     (06-6194 CRB) )
20 | )
     *Terry Smith v. Pfizer Inc, et al.* )
21 | (06-6195 CRB) )
     )
22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* )
     (06-6196 CRB) )
23 | )
     *Barbara Hall v. Pfizer Inc, et al.* )
24 | (06-6197 CRB) )
     )
25 | *Patricia Parson v. Pfizer Inc, et al.* )
     (06-6198 CRB) )
26 | )
     *Effie Crockett, et al. v. Pfizer Inc et al.* )
27 | (06-6199 CRB) )
     )
28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

| | |
|---|---|
| 1 | (06-6200 CRB) )|
| 2 | *Louis Pratt v. Pfizer Inc, et al.* ) <br> (06-6201 CRB) ) |
| 3 | ) |
| 4 | *Paul Madison v. Pfizer Inc, et al.* ) <br> (06-6202 CRB) ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* ) <br> (06-6203 CRB) ) |
| 6 | ) |
| 7 | *Walter Johnston v. Pfizer Inc, et al.* ) <br> (06-6204 CRB) ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.* ) <br> (06-6205 CRB) ) |
| 9 | ) |
| 10 | *Charles Grififn, et al. v. Pfizer, Inc, et al.* ) <br> (06-6206 CRB) ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* ) <br> (06-6207 CRB) ) |
| 12 | ) |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.* ) <br> (06-6208 CRB) ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.* ) <br> (06-6210 CRB) ) |
| 15 | ) |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* ) <br> (06-6211 CRB) ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* ) <br> (06-6212 CRB) ) |
| 18 | ) |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.* ) <br> (06-6213 CRB) ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* ) <br> (06-6283 CRB) ) |
| 21 | ) |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* ) <br> (06-7201 CRB) ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* ) <br> (06-7202 CRB) ) |
| 24 | ) |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* ) <br> (06-7203 CRB) ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* ) <br> (06-7204 CRB) ) |
| 27 | ) |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.* ) <br> (06-7205 CRB) ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Alice Richardson, et al. v. Pfizer Inc, et al.* ) |
| 2 | (06-7206 CRB) ) |
| 3 | *Steve Pardikes v. Pfizer Inc, et al.* ) |
| | (06-7306 CRB) ) |
| 4 | ) |
| | *Rosalyn Chute v. Pfizer Inc, et al.* ) |
| 5 | (06-7381 CRB) ) |
| 6 | *Carolyn Carter v. Pfizer Inc, et al.* ) |
| | (06-7570 CRB) ) |
| 7 | ) |
| | *Margoth Gonzalez v. Pfizer Inc, et al.* ) |
| 8 | (06-7571 CRB) ) |
| 9 | *Albert Blossom, et al. v. Pfizer Inc, et al.* ) |
| | (06-7676 CRB) ) |
| 10 | ) |
| | *Viola Porter v. Pfizer Inc, et al.* ) |
| 11 | (06-7882 CRB) ) |
| 12 | *Tami McKibben, et al. v. Pfizer Inc, et al.* ) |
| | (06-7883 CRB) ) |
| 13 | ) |
| | *Joyce Matson, et al. v. Pfizer Inc, et al.* ) |
| 14 | (06-7958 CRB) ) |
| 15 | *Michael Gatz, v. Pfizer Inc, et al.* ) |
| | (06-7959 CRB) ) |
| 16 | ) |
| | *Shamela Carr v. Pfizer Inc, et al.* ) |
| 17 | (07-0022 CRB) ) |
| 18 | *John Kennedy, Jr., et al. v. Pfizer Inc, et al.* ) |
| | (07-0023 CRB) ) |
| 19 | ) |
| | *Debi Sweet v. Pfizer Inc, et al.* ) |
| 20 | (07-0231 CRB) ) |
| 21 | *Clarence Bridges v. Pfizer Inc, et al.* ) |
| | (07-0413 CRB) ) |
| 22 | ) |
| | *Elizabeth Hilton, et al. v. Pfizer Inc, et al.* ) |
| 23 | (07-0611 CRB) ) |
| 24 | *Jeffrey Howard, et al. v. Pfizer Inc, et al.* ) |
| | (07-0816 CRB) ) |
| 25 | ) |
| | *Brenda Brunson, et al. v. Pfizer Inc, et al.* ) |
| 26 | (07-1280 CRB) ) |
| 27 | *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* ) |
| | (07-1353 CRB) ) |
| 28 | |

-4-

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) )<br>) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) )<br>) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) )<br>) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) )<br>) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) )<br>) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) )<br>) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) )<br>) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) )<br>) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) )<br>) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

DATED: 10-29, 2009    By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009    _____
Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE